

# Fourth Court of Appeals
## San Antonio, Texas

November 25, 2019

No. 04-18-00555-CR

Avery B. **CRAWFORD,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR0602
Honorable Jefferson Moore, Judge Presiding

# O R D E R

Sitting:      Sandee Bryan Marion, Chief Justice
               Beth Watkins, Justice
               Liza A. Rodriguez, Justice

Appellant Avery B. Crawford is represented by appointed counsel in this appeal. On November 20, 2019, we issued our opinion and judgment in this appeal, which affirmed the trial court's judgment. Appellant has filed a *pro se* motion to copy or access the appellate record so that he can prepare his petition for discretionary review to the Texas Court of Criminal Appeals.

The Texas Court of Criminal Appeals has explained that although indigent defendants in criminal cases "have rights to appointed counsel and a free trial record on direct appeal, indigent defendants do not have those rights for discretionary review of a decision of the court of appeals, nor for collateral attacks on their convictions." *In re Bonilla*, 424 S.W.3d 528, 532 (Tex. Crim. App. 2014). According to the court, "nothing in the United States Constitution, the Texas Constitution, or any statute or rule requires the convicting county to provide a free copy of the trial record to an appellant for purposes of filing a *pro se* petition of discretionary review." *Ex parte Trainer*, 181 S.W.3d 358, 359 (Tex. Crim. App. 2005).

Accordingly, we DENY the motion. However, as a courtesy, the Clerk of this Court has sent appellant a copy of the record on CD-ROM.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 25th day of November, 2019.

_Michael A. Cruz_
MICHAEL A. CRUZ,
Clerk of Court